[No. 10,607.—Department Two.]

## EX PARTE LEE BANG.

HABEAS CORPUS—POLICE JUDGE OF THE CITY AND COUNTY OF SAN FRAN-
CISCO—COMMITMENT—JUDGMENT.

APPLICATION for discharge upon writ of *habeas corpus.*

The commitment recites that the petitioner had been duly convicted in the Police Judge's Court of the City and County of San Francisco, of a misdemeanor, and sentenced and adjudged as a punishment for said crime to pay a fine of forty dollars, and in default of payment of said fine to be imprisoned in the County Jail for the period of twenty days, and that said fine had not been paid; and commanded the Sheriff to arrest, safely keep, and imprison the petitioner in the County Jail for the period of twenty days.

No briefs on file.

The COURT:

The petitioner is in lawful custody under a commitment duly issued by the Police Judge of the City and County of San Francisco, and his application for a discharge is therefore denied.

Writ dismissed and prisoner remanded.